UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HAIR SESSIONS, INC., )<br>TAMMI MCBRAYER, )<br>and )<br>LANCE MCBRAYER )<br>    Defendants. )<br>) | Civil Action No: _____ |

## COMPLAINT

## JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

## PARTIES

2. Plaintiff is the United States of America, acting through its agency the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, HAIR SESSIONS, INC is a domestic corporation having a registered address of 292 Newbury Street, Boston, MA 02115 and currently operating at 270 Newbury Street, Boston, MA 02115.

4. Defendant, TAMMI MCBRAYER is an individual residing at 550 Victory Road #521 Quincy, MA 02171.

5. Defendant, LANCE MCBRAYER is an individual residing at 304 Newbury Street #1 Boston, MA 02115.

## COUNT I

6. On or about May 15, 2017, Defendant HAIR SESSIONS, INC, executed an Authorization for an SBA Express/Export Express Loan in the amount of $50,000.00 with interest rate of 10.49%. A copy of the Express Loan Authorization is attached hereto as **Exhibit A**. The Express Loan Authorization also acts as the promissory note.

7. The Defendants, Lance E. McBrayer and Tammi A. McBrayer, personally guaranteed the obligations of Hair Sessions, Inc. under the Agreement.

8. On or about February 15, 2020, Hair Sessions, Inc. became delinquent, and SBA had to pay the guaranteed interest and became the holder of the Note with a balance due of $33,193.74 with a daily interest of $6.59 for a total of $55,869.52

9. Plaintiff is the current owner and holder of the promissory note and all security instruments associated with the promissory note.

10. Plaintiff has made demand upon the Defendants for the full amount of this claim, but the defendants have failed to make payment.

11. As of January 20, 2026, the Defendants are indebted to the United States in the amount of $55,869.52 calculated as follows:

| | |
|---|---|
| Principal: | $33,193.74 |
| Interest (at 7.25%): | $9,144.88 |
| Admin fees: | $13,530.92 |
| Total: | $55,869.52 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit B** and incorporated herein by this reference.

The Defendants have failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands judgment against the Defendants, jointly and severally, for $55,869.52 plus interest from January 20, 2026, and for such other and further relief as this Court deems fair and reasonable.

Dated: February 13, 2026

                          The United States of America
                          By its attorneys[1]:

                              /s/ *John O. Postl*
                          John O. Postl, BBO# 567729
                          Schuerger Law Group
                          Private Counsel, United States Department of Justice
                          1001 Kingsmill Parkway
                          Columbus, Ohio 43229
                          jpostl@schuergerlaw.com
                          Phone No. 614-824-5731
                          Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.